PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Towanna Murray                    Cr: 09-00236-001
                                                    PACTS #: 50048

Name of Sentencing Judicial Officer: THE HONORABLE STANLEY R. CHESLER
                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/02/2009

Original Offense: ATTEMPT AND CONSPIRACY TO COMMIT FRAUD., in violation of 18:1349.F, Class B Felony

Original Sentence: 60 months probation

Type of Supervision: Probation                Date Supervision Commenced: 12/02/2009

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | Murray has not made a payment toward her restitution since April 7, 2014. Murray was hospitalized on June 4, 2014, and as a result, she has not been able to make any payments towards her restitution. |

### U.S. Probation Officer Action:

We respectfully request that Murray's payment requirements are temporarily suspended until she is able to return to work.

Respectfully submitted,
By: Edward J Irwin
    U.S. Probation Officer

Date: 07/09/2014

PROB 12A - Page 2
Towanna Murray

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Other

*I approve the Probation office action*

_____
Signature of Judicial Officer

7/17/14
Date