UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

December 3, 2014

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler,
U.S. District Judge
Martin Luther King Jr., Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: Towanna Murray
Dkt#: 09-00236-001
**PROBATION TERM EXPIRING WITH**
**RESTITUTION BALANCE**

Dear Judge Chesler:

On Deember 2, 2009, the above-named offender appeared before Your Honor for sentencing on a charge of Unlawful Taking of Firearms. At that time, Ms. Murray was sentenced to a five (5) year probation term and ordered to pay restitution in the amount of $58,500.00.

The offender's term of probation ended on December 1, 2014. In June 2014, the offender was pushed off of a bus and broke her ankle requiring two surgeries. She was out of work for the duration of her probation term; however, during the probation term she did make payments and has a present restitution balance of $56,242.67. The offender indicated that she has a pending law suit and will make a significant payment upon receipt of same.

The Probation Officer allowed the probation term to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3664 and 3613. The Financial Litigation Unit of the U.S. Attorney's Office will be advised to pursue collection of the balance.

Should Your Honor wish to discuss this matter, please feel free to contact the undersigned officer at (201) 618-8493.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

BY: *Edward J. Irwin/nm*

Edward J. Irwin
U.S. Probation Officer

EJI:
Encl.

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Towanna Murray                               Cr.: 09-00236-001
                                                               PACTS #: 50048

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler, U.S.D.J.

Date of Original Sentence: 12/02/09

Original Offense: Conspiracy to Defraud a Financial Institution

Original Sentence: Five (5) years Probation

Type of Supervision: Probation                Date Supervision Commenced: 12/02/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender failed to pay the $58,500 restitution in full. She has a current
                     balance of $56,242.67.

U.S. Probation Officer Action:
We are respectfully requesting that the offender's probation term be allowed to terminate on December 1, 2014 as the Financial Litigation Unit will pursue collection fo the remaining restitution balance.

Respectfully submitted,
*Edward J. Irwin/nm*
By: Edward J. Irwin
U.S. Probation Officer
Date: 12/2/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Agreed 12/3/14

Signature of Judicial Officer

Date